**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| **PEOPLE FOR THE ETHICAL** | ) | |
| **TREATMENT OF ANIMALS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.** |
| **v.** | ) | |
| | ) | **EXPEDITED CONSIDERATION** |
| **DEYOUNG FAMILY ZOO,** | ) | **REQUESTED** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**EXHIBIT LIST TO DECLARATION OF JARED GOODMAN**

**Exhibit A:**   **Pending counterclaims**

**Exhibit B:**   **Letter to Kurtis B. Reeg**

**Exhibit C:**   **Response to July 18th letter from Kurtis B. Reeg**

**Exhibit D:**   **Excerpt of Connie Braun Casey transcript**

**Exhibit E:**   **Subpoenas**

**Exhibit F:**   **Objections to Subpoenas**

**Exhibit G:**   **Amended Subpoenas**

**Exhibit H:**   **Brian Shank Email**

**Exhibit I:**   **Service of Subpoenas**

**Exhibit J:**   **Objections to Subpoenas**

**Exhibit K:**   **Patrick Greeley substantial additions to the draft agreement**

**Exhibit L:**   **Patrick Greeley email regarding completion of agreement**

**Exhibit M:** Patrick Greeley letter

**Exhibit N:** Email letter responding to Zoo's October 3rd assertions

**Exhibit O:** Brian McChesney email requesting a conference