Exhibit H

| | |
|---|---|
| **From:** | Brian R. Shank <bshank@evans-dixon.com> |
| **Sent:** | Wednesday, June 13, 2018 12:47 PM |
| **To:** | Jared Goodman |
| **Cc:** | Don V. Kelly; Martina Bernstein; James P. Martin - Polsinelli (jmartin@polsinelli.com) |
| **Subject:** | RE: Missouri Primate Foundation v. PETA: Subpoenas to DeYoung Family Zoo |

Jared,

Thank you for your patience. We are not able to accept service of the amended subpoenas on behalf of the DeYoung Family Zoo.

Please let me know if you have any questions.

Thanks,
Brian

Brian R. Shank
Litigation Attorney
Evans & Dixon, L.L.C.
211 N. Broadway, Suite 2500
St. Louis, MO 63102-2727
314-552-4051 Direct Voice
314-884-4451 Direct Fax
bshank@evans-dixon.com
http://www.evans-dixon.com

**From:** Jared Goodman [mailto:JaredG@PetaF.org]
**Sent:** Tuesday, June 12, 2018 11:31 AM
**To:** Brian R. Shank
**Cc:** Don V. Kelly; Martina Bernstein; James P. Martin - Polsinelli (jmartin@polsinelli.com)
**Subject:** RE: Missouri Primate Foundation v. PETA: Subpoenas to DeYoung Family Zoo

Brian,

I am following up on the below. Can you please confirm that you will accept service of these subpoenas on your client's behalf, confirm the date of the proposed site inspection, and provide your client's desired location for the deposition?

Thank you.

Jared

Jared Goodman
Deputy General Counsel for Animal Law
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
T:  (323) 210-2266
F:  (213) 484-1648
M: (516) 319-5906

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please reply to the sender that it has been sent in error and delete the message. Thank you.

---

**From:** Brian R. Shank <bshank@evans-dixon.com>
**Sent:** Friday, June 8, 2018 1:12 PM
**To:** Jared Goodman <JaredG@PetaF.org>
**Cc:** Don V. Kelly <dkelly@evans-dixon.com>; Martina Bernstein <MartinaB@petaf.org>; James P. Martin - Polsinelli (jmartin@polsinelli.com) <jmartin@polsinelli.com>
**Subject:** RE: Missouri Primate Foundation v. PETA: Subpoenas to DeYoung Family Zoo

Jared,

I acknowledge receiving the amended subpoenas. I will have to discuss service with my client and get back to you next week.

Thanks,
Brian

# Brian R. Shank
Litigation Attorney
Evans & Dixon, L.L.C.
211 N. Broadway, Suite 2500
St. Louis, MO 63102-2727
314-552-4051 Direct Voice
314-884-4451 Direct Fax
bshank@evans-dixon.com
http://www.evans-dixon.com

---

**From:** Jared Goodman [mailto:JaredG@PetaF.org]
**Sent:** Friday, June 08, 2018 10:00 AM
**To:** Brian R. Shank
**Cc:** Don V. Kelly; Martina Bernstein; James P. Martin - Polsinelli (jmartin@polsinelli.com)
**Subject:** Missouri Primate Foundation v. PETA: Subpoenas to DeYoung Family Zoo

Mr. Shank,

I am counsel to PETA and Ms. Scott in the Missouri Primate Foundation matter. Per your discussion with my co-counsel, Jim Martin, I've attached here amended subpoenas to your client. Please confirm that you will accept service of these on your client's behalf.

Note that I have not identified a specific location for the deposition. The previous location was chosen due to its close proximity to your client, but my understanding is that it would prefer to hold the deposition at the office of its Michigan counsel. We have no objection to that location, if you could please confirm it.

Thank you.

Jared

Jared Goodman
Deputy General Counsel for Animal Law
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
T: (323) 210-2266
F: (213) 484-1648

M: (516) 319-5906

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please reply to the sender that it has been sent in error and delete the message. Thank you.

---

CONFIDENTIALITY STATEMENT:

This communication is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender immediately to advise of the error and delete this transmission and any attachments.

IRS CIRCULAR 230 NOTICE: Any advice expressed above, including any attachment, as to tax matters was neither written nor intended by the sender or Evans & Dixon, L.L.C. to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Evans & Dixon, L.L.C.
Attorneys at Law
Metropolitan Square
211 N. Broadway, Suite 2500
Saint Louis, Missouri 63102-2727
(314) 621-7755
(314) 621-3136 - facsimile

---

CONFIDENTIALITY STATEMENT:

This communication is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender immediately to advise of the error and delete this transmission and any attachments.

IRS CIRCULAR 230 NOTICE: Any advice expressed above, including any attachment, as to tax matters was neither written nor intended by the sender or Evans & Dixon, L.L.C. to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

Evans & Dixon, L.L.C.
Attorneys at Law
Metropolitan Square
211 N. Broadway, Suite 2500
Saint Louis, Missouri 63102-2727
(314) 621-7755
(314) 621-3136 - facsimile