Exhibit O

# Jared Goodman

| | |
|---|---|
| **From:** | Brian McChesney <bmcchesney@gatewayinjurylaw.com> |
| **Sent:** | Monday, November 5, 2018 6:39 PM |
| **To:** | Jared Goodman |
| **Cc:** | Patrick C. Greeley; jmartin@polsinelli.com |
| **Subject:** | DeYoung Family Zoo, LLC |

Jared,

I have been retained to represent DeYoung Family Zoo, LLC ["DeYoung"] referable to Case No. 4:16-cv-02163, which is pending in the United States District Court for the Eastern District of Missouri, thus replacing Mr. Patrick Greeley. More specifically, I am representing DeYoung referable to your client's subpoenas and any other discovery matters which may arise in this case, including but not limited to inspections, depositions, and document production.. Mr. Greeley was kind enough to provide me with a thorough review of the issues, pleadings, correspondence, subpoenas, and other pertinent documents, as I wanted to hit the ground running.

I've reviewed your subpoena for the production of documents and inspection of the DeYoung Family Zoo, to which the DeYoung Family Zoo has objected. I've reviewed your communications / negotiations with Mr. Greeley and would like to find a time for a telephone conference. I'll be in Court tomorrow [Tuesday], but am available on Wednesday and Thursday afternoon. Please let me know if / when you're free.

I look forward to hearing from you.

*Brian*

Brian S. McChesney
McChesney & Ortwerth, LLC
1922 Chouteau Avenue
St. Louis, Missouri 63103
(T) 314-584-4500
(F) 314-584-4501

This email message from the law firm of McChesney & Ortwerth, L.L.C. is intended only for named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents in strictly prohibited. Please notify us immediately at (314) 584-4500 that you may have received this message in error, and delete the- message.