IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br>  Movant, <br><br> v. <br><br> DEYOUNG FAMILY ZOO, <br><br>  Respondent. | ) ) ) ) ) Case No: 4:18-mc-00798-CDP ) ) ) ) ) ) ) |

### DECLARATION OF HAROLD DEYOUNG

Pursuant to 28 U.S.C. § 1746, I, Harold L. DeYoung, declare the following to be true and correct to the best of my knowledge and belief:

1. I am over the age of 18 years.

2. I am a resident of the State of Michigan.

3. I am the sole owner of The DeYoung Family Zoo, which is located in Wallace, Michigan.

4. As the sole owner of The DeYoung Family Zoo, I formed a single-member limited liability company, DeYoung Family Zoo, L.L.C.

5. I formed DeYoung Family Zoo, L.L.C. for the purpose of operating my zoo, The DeYoung Family Zoo.

6. DeYoung Family Zoo, L.L.C. was organized and registered in the State of Michigan.

7. I am the only owner of DeYoung Family Zoo, L.L.C.

8. I am the only officer of DeYoung Family Zoo, L.L.C.

9. Carrie Cramer is my significant other ["fiancé"]. However, Carrie is not an owner of DeYoung Family Zoo. Nor is she an owner of DeYoung Family Zoo, L.L.C.

10. Harold L. DeYoung d/b/a DeYoung Family Zoo, L.L.C. is licensed by the United States Department of Agriculture.

I declare under the penalty of perjury that the foregoing is true and correct.

January 9, 2019

Wallace,
Michigan

_Harold DeYoung_
HAROLD L. DEYOUNG

EXHIBIT 3

USDA United States Department of Agriculture
Animal and Plant Health Inspection Service

Listing of Certificate Holders
FOR THE WEB
By Legal and DBA Name Order

Report Run: 12/1/2018 4:21 AM

Region: * State: *

County: *
Customer Type: *
Certificate Type: *
Certificate Status: ACTIVE

Page 247 of 577

| Certificate/Customer Type L = License R = Registrant Renewal Date | Legal Name | DBA Name | City | State |
|---|---|---|---|---|
| L - Exhibitor Jun 7, 2019 | Terry Guoan | Making Memories | Standish | MI |
| L - Exhibitor Aug 27, 2019 | Terry Anderson | | Stanton | MI |
| L - Exhibitor Nov 14, 2018 | Chamberlin Pony Rides Llc | | Superior Township | MI |
| L - Exhibitor Sep 6, 2019 | Black Star Farms Llc | Black Star Farms | Suttons Bay | MI |
| L - Exhibitor Jun 12, 2019 | James Svoboda | Sunrise Side Animal Educat'L Park & Nature Trail | Tawas City | MI |
| L - Exhibitor Apr 27, 2019 | Duke Farms Llc | | Temperance | MI |
| L - Exhibitor Jun 5, 2019 | City Of Three Rivers | Scidmore Park Zoo | Three Rivers | MI |
| L - Exhibitor Jul 6, 2019 | Gallaghers Farm Market Llc | | Traverse City | MI |
| L - Exhibitor Dec 28, 2018 | Pingree Farms L L C | | Troy | MI |
| L - Exhibitor Jun 3, 2019 | Humane Society Of Macomb | | Utica | MI |
| L - Exhibitor Apr 8, 2019 | Harold L Deyoung | Deyoung Family Zoo Llc | Wallace | MI |
| L - Exhibitor Jan 29, 2019 | Science Alive | | Waterford | MI |
| L - Exhibitor Aug 3, 2019 | Waterford Township Parks And Recreation | Hess Hathaway Park | Waterford | MI |
| L - Exhibitor Jul 16, 2019 | Mary Tegethoff | Marys Country Critters | Wayland | MI |