# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

PEOPLE FOR THE ETHICAL              )
TREATMENT OF ANIMALS, INC.,         )
                                    )
    Movant,                         ) Case No:  4:18-mc-00798-CDP
                                    )
v.                                  )
                                    )
DEYOUNG FAMILY ZOO,                 )
                                    )
    Respondent.                     )

### <u>DECLARATION OF CARRIE CRAMER</u>

      Pursuant to 28 U.S.C. § 1746, I, Carrie Cramer, declare the following to be true and correct to the best of my knowledge and belief:

1. I am over the age of 18 years.

2. I am a resident of the State of Michigan.

3. Harold L. DeYoung is my significant other ["fiance"].

4. I work at the DeYoung Family Zoo in Wallace, Michigan.

5. I am not an owner of DeYoung Family Zoo.

6. I am not an owner of DeYoung Family Zoo, L.L.C.

7. I am not an officer of DeYoung Family Zoo, L.L.C.

8. I declare under the penalty of perjury that the foregoing is true and correct.


**January 9, 2019**

**Wallace,
Michigan**

*Carrie Cramer*

**CARRIE CRAMER**

