# Jennifer Frame

| | |
|---|---|
| From: | Jared Goodman <JaredG@PetaF.org> |
| Sent: | Wednesday, July 18, 2018 11:58 AM |
| To: | Patrick C. Greeley |
| Subject: | RE: Deposition |

Pat,

Confirmed. We've decided, as initially planned, to proceed with the site inspection prior to the deposition.

Thanks

Jared Goodman
Deputy General Counsel for Animal Law
PETA Foundation
2154 W. Sunset Blvd.
Los Angeles, CA 90026
T: (323) 210-2266
F: (213) 484-1648
M: (516) 319-5906

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please reply to the sender that it has been sent in error and delete the message. Thank you.

**From:** Patrick C. Greeley <PGreeley@kendrickslaw.com>
**Sent:** Wednesday, July 18, 2018 9:54 AM
**To:** Jared Goodman <JaredG@PetaF.org>
**Subject:** Deposition

Jared,

You previously mentioned that you would like to still hold the deposition on the July 23. However, based on your last email it seems you want to wait until after the inspection. Please confirm.

Thanks.
Pat

Patrick C. Greeley
Attorney at Law
Kendricks, Bordeau, Keefe, Seavoy & Larsen, P.C.
128 West Spring Street
Marquette, MI 49855
Ph: 906.226.2543
Fx: 906.226.2819
Email: pgreeley@kendrickslaw.com
Web: www.kendrickslaw.com
Houghton County Office: (906) 482-4288

This email may contain confidential and privileged material for the sole use of the intended recipient. Any unintended review, use, distribution, or disclosure is prohibited. If you have received this message in error, pl[ease notify] sender.



EXHIBIT 9

1