Exhibit C

```
 1            UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF MISSOURI
 3
 4   MISSOURI PRIMATE FOUNDATION, et al.,
 5              Plaintiff,
 6      vs.                              Case No.
 7   PEOPLE FOR THE ETHICAL TREATMENT    4:16-cv-02163-CDP
 8   OF ANIMALS, INC., et al.,
 9              Defendant.
10   _____
11
12
13
14      Videotaped Deposition of CONNIE BRAUN CASEY,
15   taken on behalf of the Defendant, at the offices of
16   Rynearson, Suess, Schnurbusch & Champion, LLC, 500
17   N. Broadway, Suite 1550, in the City of St. Louis,
18   State of Missouri, on the 29th day of October, 2018,
19   before Kristine A. Toennies, RMR, CRR, CRC, CCR
20   (MO), CSR (IL & IA), and Notary Public.
21
22
23
24   JOB No. 3027726
25   PAGES 1 - 338
```

Page 1

```
 1     Q    But they have not been placed in a forever
 2   home?
 3     A    I don't know.
 4     Q    So the dealer to whom you sold these animals
 5   could sell them to another facility?
 6     A    I guess she could.
 7     Q    How is Cooper presently housed?
 8     A    You'll have to talk to DeYoung Zoo.
 9     Q    Who is Cooper housed with?
10     A    You'll have to talk to DeYoung Zoo.
11     Q    Who takes care of Cooper?
12     A    You'll have to talk to them.
13     Q    What kind of food does Cooper get?
14     A    You'll have to talk to them because I don't
15   know.
16     Q    What kind of enrichment does Cooper get?
17     A    You'll have to talk to them.
18     Q    Does Cooper currently get any kind of
19   preventive veterinary care?
20     A    You'll have to talk to them.
21     Q    What is the size of Cooper's enclosure?
22     A    I don't know.  You'll have to talk to them.
23     Q    Does Cooper get access to the outdoors?
24     A    I don't know.  You'll have to talk to them.
25     Q    Would the answer be the same if I asked for
```

1  Kirby, Daisy, KK or Coby?
2     A  I'm sure, yes.
3     Q  Can you identify anything about placing the
4  chimpanzees at the DeYoung Zoo that was better for
5  the chimpanzees than if they had been placed in one
6  of the accredited sanctuaries that you visited with
7  Dr. Pernikoff?
8     A  Can I identify anything?
9     Q  Yes, anything that you actually know is
10 better at the DeYoung Zoo?
11    A  Only that they would have more personalized,
12 hands-on, one-on-one attention that they're used to
13 having.
14    Q  How much percentage of the day do these
15 chimpanzees at the DeYoung Zoo get personalized,
16 hands-on --
17    A  You'll have to talk to them.
18    Q  Well, if you don't know, how do you know
19 that they have more than they are getting someplace
20 else?
21    A  I'm just going by how much attention does
22 200 chimps get hands on, one on one, every day at a
23 large sanctuary.  These animals are in a place where
24 they love these chimps as individuals, not just more
25 chimps to get more funding and more money.